

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00376-CR

SAMUEL UKWUACHU,

                                               **Appellant**

 v.

THE STATE OF TEXAS,

                                               **Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2014-1202-C2

## O R D E R

The State's Third Motion for Extension of Time to File the State's Brief is denied.

The State's brief must be filed no later than September 26, 2016.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied
Order issued and filed September 7, 2016

